UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY JOE BARBER, III,

                Plaintiff(s),

     v.

KITSAP COUNTY, et al.,

                Defendant(s).

CASE NO. C26-5176-KKE

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke and the remaining record,[1] does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Plaintiff's in forma pauperis ("IFP") application (Dkt. 5) is DENIED based on the three-strikes rule under 28 U.S.C. § 1915(g).  Plaintiff is required, within thirty (30) days of issuance of the order adopting this Report and Recommendation, to pay the $402.00 filing fee if he wishes to proceed with filing his complaint.

(3)     The Clerk is directed to close this case and dismiss it without prejudice if plaintiff fails to pay the filing fee within 30 days of this order.

(4)     The Clerk is directed to send copies of this order to plaintiff and to Judge Fricke.

---

[1] Plaintiff has not responded or otherwise objected to the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Dated this 4th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2