UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANNY JOE BARBER, III,<br>Plaintiff(s),<br>v.<br>KITSAP COUNTY, et al.,<br>Defendant(s). | CASE NO. C26-5176-KKE<br><br>ORDER DISMISSING CASE |

The Court previously adopted the Report and Recommendation of Magistrate Theresa L. Fricke, denied Plaintiff's in forma pauperis ("IFP") application (Dkt. 5), and ordered Plaintiff to pay the filing fee by July 6, 2026. Dkt. No. 7. The Court then denied reconsideration and Plaintiff's motion to extend the deadline to pay the filing fee. Dkt. No. 10. Plaintiff has moved for such an extension again (Dkt. No. 11) but provides no reasons justifying the relief he seeks.

The deadline to pay the filing fee has now passed, and Plaintiff has not shown good cause to extend it. Accordingly, Plaintiff's motion for an extension of time (Dkt. No. 11) is DENIED, this case is DIMSISSED, and the Clerk is DIRECTED to close the case.

Dated this 20th day of July, 2026.

Kymberly K. Evanson
United States District Judge